

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2013

No. 04-13-00158-CR

Hazel Dolores **VERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7719W
Honorable Philip A. Kazen Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on May 15, 2013.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2013.

Keith E. Hottle, Clerk